United States District Court
for the District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

NOV 19 2009

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| United States of America,<br>       Plaintiff,<br>v.<br><br>Joni Rivera-Rodriguez; Manuel Velasquez-Trejo; Denis Merino-Pineda; Angela Perez-Aguilar; Jenmy Choto-Paz; Efrain Garcia-Hernandez; Walter Dominguez-Pineda; and Miriam Gonzalez-Leon,<br>       Defendants. | )<br>)<br>) Case No. 09-M-6141-01-08-KMH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the dates of November 1 and 2, 2009, within the District of Kansas,

### Count 1

### Defendant JONI RIVERA-RODRIGUEZ

knowing and in reckless disregard of the fact that an alien has entered, come to and remained in the United States in violation of law, and in furtherance of the alien's unlawful status, transported by automobile a total of about 16 such aliens, citizens of Mexico, El Salvador, Guatemala and Honduras, within the United States at Scott City, Scott County, Kansas, by means of transportation, a 2007 Chevrolet van, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), with reference to Title 8, United States Code, Section 1324(a)(1)(A)(v)(II) and (B)(i).

### Count 2

### Defendants MANUEL VELASQUEZ-TREJO;
### DENIS MERINO-PINEDA;
### ANGELA PEREZ-AGUILAR;
### JENMY CHOTO-PAZ;
### EFRAIN GARCIA-HERNANDEZ;
### WALTER DOMINGUEZ-PINEDA;
### AND MIRIAM GONZALEZ-LEON,

who are not citizens or nationals of the United States and who previously had been deported, were found in the United States at Wichita, Sedgwick County, Kansas, not having obtained the consent of the Attorney General of the United States and the Secretary of Homeland Security for

reapplication by the defendants for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), with reference to Title 6, United States Code, Sections 202(3), 202(4) and 557.

This criminal complaint is based on the facts contained in the attached affidavit.

Rick Moore, Special Agent
Immigration & Customs Enforcement
U.S. Dept. Of Homeland Security

Sworn to before me and signed in my presence.

Karen M. Humphreys
Chief U.S. Magistrate Judge
District of Kansas

Date: 11/19/09

Wichita, Kansas

# AFFIDAVIT

I, Rick Moore, being duly sworn, state the following:

1. I am employed as a Immigration and Customs Enforcement (ICE) Special Agent with the Department of Homeland Security and am charged with investigating violations of Immigration and Customs violations. I have been employed as a special agent since 2003.

2. I am involved in an investigation into violations of immigration laws on the part of the following individuals: Manuel VELASQUEZ-Trejo, a citizen of Honduras; Denis MERINO-Pineda, a citizen of El Salvador; Angela PEREZ-Aguilar, a citizen of Guatemala; Jenmy CHOTO-Paz, a citizen of Honduras; Efrain GARCIA-Hernandez, a citizen of Honduras; Walter DOMINGUEZ-Pineda, a citizen of Honduras; Miriam GONZALEZ-Leon, a citizen of Guatemala; Joni RIVERA-Rodriguez, a citizen of Mexico. This affidavit contains information either personally known to me or which has been provided to me by other law enforcement personnel and witnesses.

3. On November 1, 2009, at about 4 p.m., the Wichita ICE office was contacted by the Scott City, Kansas. Police Department. Scott City Patrol Officer Tate Ricker had that day encountered a vehicle in the city limits of Scott City, Kansas. After investigation and review of police reports I learned the following;

4. On November 1, 2009, Officer Ricker observed a van and a group of people around the van on a parking lot at the Best Western motel in Scott City. The van, a 2007 Chevrolet van, Texas license 27CTX7 is registered to a Faustino Martinez Luis Soriano in Houston, Texas. Officer Ricker made contact with the driver of the van, who identified himself as Carlos ZELAYA.

5. ZELAYA explained to Officer Ricker that he was driving the passengers from Houston, Texas, to Denver, Las Vegas, and Los Angles. Officer Ricker asked ZELAYA if he knew if the passengers were legally present in the United States. ZELAYA stated that he was aware that they were not United States citizens. Officer Ricker asked ZELAYA if he knew that it was illegal to smuggle illegal immigrants, which ZELAYA said yes. Soon thereafter, with the aid of an interpreter, Officer Ricker asked each passenger whether the passenger was lawfully in the United States, and each responded that they were not lawfully in the United States.

6. On November 2, 2009, Rice County, Kansas, deputies responded to the Scott County, Kansas, jail on behalf of ICE. The Rice County deputies picked up all the passengers and property and transported them to the ICE Wichita, Kansas, office. ICE special agents identified all the passengers as follows: Driver (1): ZELAYA, Carlos Armando, Place of Birth (POB): Honduras; Driver (2): RIVERA-Rodriguez, Joni, DOB: POB: Mexico. Passengers: VELASQUEZ-Trejo, Manuel, POB: Honduras; TIAL-Choc, Sebastian, POB: Guatemala; SALINAS-Salmernon, Antonio, POB: El Salvador; MERINO, Denis Alfredo, POB: El Salvador; MENEDEZ-Alverenga, Carlos, POB: El Salvador; PEREZ-Aguilar,

Angela, POB: Guatemala; HERRERA-Perez, Moises, POB: Mexico; GONZALEZ, Miriam Noemy, POB: Guatemala; GARCIA-Mendez, Efrian, POB: Honduras; DOMINGUEZ-Pineda, Walter, DOB: 4/9/1990, POB Honduras A87 516 044; CHOTO-Paz, Jemny, POB: Honduras; BARRIOS, Lesvia Guadalupe, POB: Mexico; AYALA, Francisco Xavier, POB: El Salvador; ALVAREZ-Escobar, Alex, POB: Guatemala; ACOSTA-Gutierrez, Alexi, POB: Honduras; and GADEA-Quevedo, Laurencio, POB: Mexico.

7. A fingerprint search in the ICE IDENT database identified the following passengers as having been previously deported: Denis MERINO-Pineda, previously deported on 9/24/2009 to El Salvador; Angela PEREZ-Aguilar, previously deported on 1/6/2007 to Guatemala; Jenmy CHOTO-Paz, previously deported on 9/9/2009 to Honduras; Efrain GARCIA-Hernandez, previously deported on 8/27/2009 to Honduras; Walter DOMINGUEZ-Pineda, previously deported on 7/29/2009 to Honduras; Miriam GONZALEZ-Leon, previously deported on 6/26/2009 to Guatemala; Manuel VELASQUEZ-Trejo, previously deported on 5/19/2009 to Honduras. My check of ICE databases found no indication that any of these persons had obtained permission to reapply for admission into the United States subsequent to their removal.

8. Several of the passengers identified Joni RIVERA-Rodriguez as driving the vehicle part of the time during the trip from Houston. A manifest in the vehicle listed each passenger, destination, telephone number, and what appears to be the price they paid or were to pay for the trip. Also listed on the bottom of the manifest were "Driver 1" and "Driver 2." In the box, listed "Driver 2" was the name "Johny."

9. Based on the above facts and information, I submit there is probable cause to believe that defendants Denis MERINO-Pineda, Angela PEREZ-Aguilar, Jenmy CHOTO-Paz, Efrain GARCIA-Hernandez, Walter DOMINGUEZ-Pineda, Miriam GONZALEZ-Leon, Manuel VELASQUEZ-Trejo, and Joni RIVERA-Rodriquez violated immigration laws and set out in the criminal complaint to which this affidavit relates.

Rick Moore
ICE Special Agent

Subscribed and sworn to before me on this 19th day of November 2009.

Karen M. Humphreys
Chief United States Magistrate Judge